THE STATE OF OHIO, APPELLEE, *v.* WALTON, APPELLANT.

[Cite as *State v. Walton* (1996), 77 Ohio St.3d 1205.]

(No. 95–2262—Submitted October 9, 1996—Decided November 6, 1996.)

*Russell B. Wiseman,* Crawford County Prosecuting Attorney, and *Lee A. Oldendick,* Assistant Prosecuting Attorney, for appellee.

*Frederick Walton, pro se.*

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.